RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JAN -6 A 9:41

Melvin Ray EL #163343
Full name and prison number of plaintiff(s)

v.

Donal Campbell, Commissioner
Grant Culliver, Warden
Capt. Bishop
Lt. Brown
C.O. I. Leatherwood

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:06cv15-T
(To be supplied by Clerk of U.S. District Court)

JURY TRIAL DEMANDED

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO ( ✓ )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) ______________________

Defendant(s) ______________________

2. Court (if federal court, name the district; if state court, name the county) ______________________

3. Docket number ____________

4. Name of judge to whom case was assigned ____________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________

6. Approximate date of filing lawsuit ____________

7. Approximate date of disposition ____________

II. PLACE OF PRESENT CONFINEMENT 3700 Holman Unit, Atmore, AL 36503

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Holman Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Donal Campbell | 101 S. Union Street, Mont., AL 36130 |
| 2. | Grant Culliver | " " |
| 3. | Capt. Bishop | " " |
| 4. | Lt. Brown | " " |
| 5. | C.O. I Leatherwood | " " |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED November 13, 2005, at appx 4:30 p.m.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: (See attachment)

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**GROUND TWO:** ______________________________

______________________________________________

**SUPPORTING FACTS:** __________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**GROUND THREE:** ____________________________

______________________________________________

**SUPPORTING FACTS:** __________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(See attached)

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 1/3/05 (Date).

Signature of plaintiff(s)