IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Melvin Ray-EL )
_____ )
_____ )
_____ )
**Plaintiff(s)** )
)
v. )
)
Donal Campbell, et. al. )
Grant Culliver, )
Capt. Bishop )
Lt. Brown )
**Defendant(s)** )

2:06cv15-T

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) ___Melvin Ray-EL_____

moves this Honorable Court for an order allowing her/him to proceed in this case without

prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached

sworn affidavit in support of the motion.

_____Melvin Ray-EL_____
**Plaintiff(s) signature**

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____Middle_____ 2006 JAN -6 A 9:District of _____Alabama_____

Melvin Ray
      Plaintiff

V.

Donal Campbell, et al.,
      Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 2:06cv15-7

I, _____Melvin Ray_____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      ☑ Yes      ☐ No      (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Holman Prison. Alabama Dept. of Corrections

    Are you employed at the institution?   no   Do you receive any payment from the institution?   no

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?      ☐ Yes      ☑ No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   In prison 6 plus years.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.    Business, profession or other self-employment      ☐ Yes      ☑ No
    b.    Rent payments, interest or dividends      ☐ Yes      ☑ No
    c.    Pensions, annuities or life insurance payments      ☐ Yes      ☑ No
    d.    Disability or workers compensation payments      ☐ Yes      ☑ No
    e.    Gifts or inheritances      ☐ Yes      ☑ No
    f.    Any other sources      ☐ Yes      ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes                ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes            ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    My two children. Due to my incarceration I am unable to contribute financially to their support.

I declare under penalty of perjury that the above information is true and correct.

| 1/3/05 | _Nil Ra_ |
|--------|----------|
| Date   | Signature of Applicant |

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ _103.66_ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____Holman CF_____ institution:

_____

_____

_____

_1/3/2006_
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION

3

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
HOLMAN CORRECTIONAL FACILITY

AIS #: 163343    NAME: RAY, MELVIN                AS OF: 01/03/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JAN | 28 | $11.82 | $32.00 |
| FEB | 28 | $20.05 | $80.00 |
| MAR | 31 | $53.99 | $0.00 |
| APR | 30 | $5.69 | $0.00 |
| MAY | 31 | $12.88 | $24.00 |
| JUN | 30 | $37.57 | $80.00 |
| JUL | 31 | $41.47 | $40.00 |
| AUG | 31 | $54.81 | $80.00 |
| SEP | 30 | $70.82 | $24.00 |
| OCT | 31 | $78.41 | $0.00 |
| NOV | 30 | $75.66 | $0.00 |
| DEC | 31 | $85.85 | $40.00 |
| JAN | 3 | $103.66 | $0.00 |